UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

RAFAEL CORDERO, Individually, and On     :     Case No.: 1:23-cv-00919
Behalf of All Others Similarly Situated,     :
                                            :
                           Plaintiff,     :
     vs.                                  :
                                       :     **NOTICE OF SETTLEMENT**
                                       :

THE ALMA FOOD GROUP, LLC,     :
                                       :
                       Defendant.     :
                                       :

———————————————————— x

       Plaintiff Rafael Cordero ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant The Alma Food Group, LLC ("Defendant") (collectively, the "parties"), and states as follows:

       1.     A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

       2.     The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences for 60 days.

DATED:  March 8, 2023                    **MIZRAHI KROUB LLP**


                                         /s/ William J. Downes
                                    _____
                                         WILLIAM J. DOWNES

                                    EDWARD Y. KROUB
                                    WILLIAM J. DOWNES
                                    225 Broadway, 39th Floor
                                    New York, NY  10007
                                    Telephone:  212/595-6200
                                    212/595-9700 (fax)
                                    ekroub@mizrahikroub.com
                                    wdownes@mizrahikroub.com

                                    *Attorneys for Plaintiff*